UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
U.S.A

-V-                                    #20cR.449 (JFK)

Garcia
------------------------------------X

The conference in this case is adjourned from September 16 to September 15, 2020 at 12pm in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-10-20

SO ORDERED.

Dated:  New York, New York
        9-10-20

                                    _____
                                    JOHN F. KEENAN
                                    United States District Judge