UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
         U.S.A.

          -V-                                 #20 CR 449 (JFK)

         Garcia

------------------------------X

The conference is rescheduled from January 26, 2021 to Wednesday, January 27, 2021 at 11:00 a.m., in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

1-5-21

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge