UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        U.S.A.

           -V-

        Garcia

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

#20 CR 449 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-11-21

On the request of defense counsel and with the consent of the Government, the conference is adjourned from February 16 to March 10, 2021 at 11:00 a.m.

The time between February 16, 2021 and March 10, 2021 is excluded.

SO ORDERED.

Dated: New York, New York

2-11-21

JOHN F. KEENAN
United States District Judge