USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-14-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

          -V-

        Garcia

--------------------------------------------X

#20 CR 449 (JFK)

The conference (Plea) is rescheduled from April 22, 2021 to April 27, 2021 at 11:00 a.m. in person, in Courtroom 20-C. The time between April 22 and April 27, 2021 is excluded.

SO ORDERED.

Dated: New York, New York

4-14-21

*John F. Keenan*
JOHN F. KEENAN
United States District Judge