UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

U.S.A.
    -v-                                    #20 CR. 449 (JFK)
Garcia

------------------------------------X

The Sentence in this case is adjourned from July 28, 2021 to September 9, 2021 at 11:00 am in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-21

SO ORDERED.

Dated: New York, New York
       7-21-21

_____
JOHN F. KEENAN
United States District Judge