UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

        Alfredo Garcia

------------------------------X

#20 CR 449 (JFK)

The Court directs Pretrial Services to return the passports to the wife and children of the defendant.

SO ORDERED.

Dated: New York, New York

9-9-21

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-9-21