UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ALFREDO GARCIA,<br><br>Defendant. | 20-cr-00449 (JLR)<br><br>ORDER |

JENNIFER L. ROCHON, United States District Judge:

On July 28, 2021, Alfredo Garcia (the "Defendant") was sentenced principally to a term of imprisonment of seventy (70) months. ECF No. 28.

On December 4, 2023, the Defendant moved for a reduction of sentence. ECF No. 31.

On February 5, 2024, The Probation Department issued a report stating that the Defendant appeared to be eligible for an adjustment of his sentencing guidelines range based on Amendment 821 to the Sentencing Guidelines. ECF No. 34.

On February 7, 2024, the Government responded and did not object to Defendant's motion for a reduction of sentence based on Amendment 821. ECF No. 35. On February 7, 2024, the Court ordered the Federal Defender's Office, representing Defendant, to file a response and they filed a supplemental letter in support of Defendant's motion for a sentence reduction. ECF Nos. 36, 37.

The Government and Defendant agree with the Probation Department that the Defendant is eligible for a sentence reduction under Amendment 821, and that his Guidelines range would now be 57 to 71 months' imprisonment based on an offense level of 25 and a criminal history

category of I.  ECF Nos. 35, 37.  The parties agree that Defendant's sentence may be properly reduced by the Court.  *Id.*

The Court finds that the Defendant is eligible for a sentence reduction and adopts the above calculations as to the Defendant's Guidelines range.  The Court also considered the record in this case and the parties' submissions, including the fact that Defendant has an excellent institutional record and was originally sentenced at the bottom of the guidelines range.

Based upon the foregoing, it is ORDERED that the Defendant's term of imprisonment is reduced from seventy (70) to fifty-seven (57) months' imprisonment.  All other components of the sentence remain as originally imposed.

The Clerk is ordered to mail a copy of this order to Defendant at:

>Alfredo Garcia
>Reg. No. 88124-054
>Federal Correctional Institution
>FCI Fort Dix
>P.O. Box 2000
>Joint Base MDL, NJ 08640

Dated: February 9, 2024
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge